# United States Bankruptcy Court
## Middle District of Florida

| | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Seaview Place Developers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3802145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1170 Gulf Boulevard #201**<br>**Clearwater Beach, FL**<br>ZIP Code **33767** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**4516 Seagull Drive**<br>**New Port Richey, FL 34652** | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Seaview Place Developers, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____<br>          (Name of landlord that obtained judgment)

          _____<br>          (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Seaview Place Developers, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ David S. Jennis** _____
Signature of Attorney for Debtor(s)

**David S. Jennis Fla. Bar. #775940**
Printed Name of Attorney for Debtor(s)

**Jennis & Bowen, P.L.**
Firm Name

**400 North Ashley Drive**
**Suite 2540**
**Tampa, FL 33602**

Address

**(813) 229-1700  Fax: (813) 229-1707**
Telephone Number

**March 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph R. Borda** _____
Signature of Authorized Individual

**Joseph R. Borda**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.**         Case No. _____

                                         Debtor(s)       Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **M.Wolf & A. Quintan<br>1504 Bay Road, #825<br>Miami Beach, FL 33139** | **M.Wolf & A. Quintan<br>1504 Bay Road, #825<br>Miami Beach, FL 33139** | **Sales Contract Settlement (Unit 201)** | | **25,000.00** |
| **Shane Edrington<br>9374 E. Sharon Drive<br>Scottsdale, AZ 85260** | **Shane Edrington<br>9374 E. Sharon Drive<br>Scottsdale, AZ 85260** | **Sales Contract Settlement (Unit 406)** | | **22,858.00** |
| **First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666** | **First Insurance Funding<br>PO Box 66468<br>Chicago, IL 60666** | **Insurance Services** | | **7,744.32** |
| **Jacob David Varn, Esquire<br>Fowler White Boggs PA<br>101 N. Monroe Street<br>Suite 1090<br>Tallahassee, FL 32301** | **Jacob David Varn, Esquire<br>Fowler White Boggs PA<br>101 N. Monroe Street<br>Tallahassee, FL 32301** | **Legal services** | | **4,874.00** |
| **Bright House Networks<br>PO Box 30765<br>Tampa, FL 33630** | **Bright House Networks<br>PO Box 30765<br>Tampa, FL 33630** | **Bulk Cable Service** | | **4,818.31** |
| **Progress Energy Florida, Inc<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Progress Energy Florida, Inc<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Utility services (common areas)** | | **4,499.19** |
| **Otis Elevator Company<br>One Farm Springs<br>Farmington, CT 06032** | **Otis Elevator Company<br>One Farm Springs<br>Farmington, CT 06032** | **Elevator Service** | | **3,881.56** |
| **Victor William Holcomb, Esq.<br>Holcomb & Associates<br>3203 W. Cypress Street<br>Tampa, FL 33607** | **Victor William Holcomb, Esq.<br>Holcomb & Associates<br>3203 W. Cypress Street<br>Tampa, FL 33607** | **Legal services** | | **2,602.03** |
| **Adair Executive Services,Inc<br>9015 Ruger Drive<br>New Port Richey, FL 34655** | **Adair Executive Services,Inc<br>9015 Ruger Drive<br>New Port Richey, FL 34655** | **Security Service** | | **2,190.83** |
| **St. Petersburg Times<br>PO Box 112<br>Saint Petersburg, FL 33731-0012** | **St. Petersburg Times<br>PO Box 112<br>Saint Petersburg, FL 33731-0012** | **Advertising** | | **1,919.82** |
| **Progress Energy Florida, Inc<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Progress Energy Florida, Inc<br>PO Box 33199<br>Saint Petersburg, FL 33733** | **Utility services (vacant units)** | | **1,465.69** |

In re    **Seaview Place Developers, Inc.**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| USAA<br>10750 McDermott Highway<br>San Antonio, TX 78288 | USAA<br>10750 McDermott Highway<br>San Antonio, TX 78288 | Credit card | | 1,426.21 |
| A Little Off the Top<br>5737 Rowan Road<br>New Port Richey, FL 34653 | A Little Off the Top<br>5737 Rowan Road<br>New Port Richey, FL 34653 | Landscaping Service | | 1,300.00 |
| Seaview Sunsets, LLC<br>PO Box 2074<br>Palm Harbor, FL 34682 | Seaview Sunsets, LLC<br>PO Box 2074<br>Palm Harbor, FL 34682 | Contract Reimbursement | | 1,000.00 |
| Charles Buono<br>10 Inverness Drive<br>Medford, NJ 08055 | Charles Buono<br>10 Inverness Drive<br>Medford, NJ 08055 | Contract Reimbursement | | 1,000.00 |
| City of Clearwater<br>PO Box 30020<br>Tampa, FL 33630 | City of Clearwater<br>PO Box 30020<br>Tampa, FL 33630 | Gas Service | | 755.37 |
| Bernie J. Egan, Jr., CPA<br>6 White Horse Pike<br>Haddon Heights, NJ 08035 | Bernie J. Egan, Jr., CPA<br>6 White Horse Pike<br>Haddon Heights, NJ 08035 | Accounting Services | | 750.00 |
| A.S.K. Janitorial<br>Professionals, Inc.<br>4116 Lamson Avenue<br>Spring Hill, FL 34608 | A.S.K. Janitorial<br>Professionals, Inc.<br>4116 Lamson Avenue<br>Spring Hill, FL 34608 | Goods / Services rendered | | 741.00 |
| Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Utility services (phone service) | | 450.33 |
| Dart Electronics<br>PO Box 40696<br>Saint Petersburg, FL 33743 | Dart Electronics<br>PO Box 40696<br>Saint Petersburg, FL 33743 | Alarm Service | | 330.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 22, 2011** _____           Signature    **/s/ Joseph R. Borda** _____

**Joseph R. Borda**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.**                      ,

                                  Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 16 | 24,750,000.00 | | |
| B - Personal Property | Yes | 3 | 19,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,056,478.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 630.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 90,635.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 24,769,500.00 | | |
| Total Liabilities | | | | 15,147,743.84 | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.**                       ,     Case No. _____

                                  Debtor     Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Seaview Place Developers, Inc.**                  ,     Case No. _____

                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4516 Seagull Drive**<br>**New Port Richey, Florida 34652**<br>**Individual parcels identified below**<br>**(Value based upon appraisal prepared on behalf of Colonial Bank)** | **Fee Simple Ownership** | - | **23,750,000.00** | **15,056,478.00** |
| **Parcel ID #07 26 16 0360 00000 2010**<br>**4516 Seagull Drive #201**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2020**<br>**4516 Seagull Drive #202**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2030**<br>**4516 Seagull Drive #203**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2040**<br>**4516 Seagull Drive #204**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2050**<br>**4516 Seagull Drive #205**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2060**<br>**4516 Seagull Drive #206**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2070**<br>**4516 Seagull Drive #207**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2080**<br>**4516 Seagull Drive #208**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >    **23,750,000.00**    (Total of this page)

__15__  continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**           ,      Case No. _____

                              Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 2130**<br>**4516 Seagull Drive #213**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2140**<br>**4516 Seagull Drive #214**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2150**<br>**4516 Seagull Drive #215**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2160**<br>**4516 Seagull Drive #216**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2170**<br>**4516 Seagull Drive #217**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2180**<br>**4516 Seagull Drive #218**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2190**<br>**4516 Seagull Drive #219**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 2200**<br>**4516 Seagull Drive #220**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3030**<br>**4516 Seagull Drive #303**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3040**<br>**4516 Seagull Drive #304**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3050**<br>**4516 Seagull Drive #305**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >      **0.00**    (Total of this page)

Sheet  **1**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re    **Seaview Place Developers, Inc.**                            ,     Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 3060**<br>**4516 Seagull Drive #306**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3080**<br>**4516 Seagull Drive #308**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3090**<br>**4516 Seagull Drive #309**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3130**<br>**4516 Seagull Drive #313**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3140**<br>**4516 Seagull Drive #314**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3150**<br>**4516 Seagull Drive #315**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3160**<br>**4516 Seagull Drive #316**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3170**<br>**4516 Seagull Drive #317**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3180**<br>**4516 Seagull Drive #318**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 3190**<br>**4516 Seagull Drive #319**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4020**<br>**4516 Seagull Drive #402**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >      **0.00**     (Total of this page)

Sheet  **2**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re    **Seaview Place Developers, Inc.**                                        ,    Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 4030**<br>**4516 Seagull Drive #403**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4040**<br>**4516 Seagull Drive #404**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4050**<br>**4516 Seagull Drive #405**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4060**<br>**4516 Seagull Drive #406**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4070**<br>**4516 Seagull Drive #407**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4080**<br>**4516 Seagull Drive #408**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4090**<br>**4516 Seagull Drive #409**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4110**<br>**4516 Seagull Drive #411**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4130**<br>**4516 Seagull Drive #413**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4140**<br>**4516 Seagull Drive #414**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4150**<br>**4516 Seagull Drive #415**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >                     **0.00**          (Total of this page)

Sheet  __3__  of  __15__  continuation sheets attached to the Schedule of Real Property

In re     **Seaview Place Developers, Inc.**                         ,     Case No. _____

                                   Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 4160**<br>**4516 Seagull Drive #416**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4170**<br>**4516 Seagull Drive #417**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4180**<br>**4516 Seagull Drive #418**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 4190**<br>**4516 Seagull Drive #419**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5020**<br>**4516 Seagull Drive #502**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5040**<br>**4516 Seagull Drive #504**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5050**<br>**4516 Seagull Drive #505**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5090**<br>**4516 Seagull Drive #509**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5130**<br>**4516 Seagull Drive #513**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5140**<br>**4516 Seagull Drive #514**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5150**<br>**4516 Seagull Drive #515**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >          **0.00**      (Total of this page)

Sheet  __4__  of  __15__  continuation sheets attached to the Schedule of Real Property

In re    **Seaview Place Developers, Inc.**                  ,      Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 5170**<br>**4516 Seagull Drive #517**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5180**<br>**4516 Seagull Drive #518**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5190**<br>**4516 Seagull Drive #519**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 5200**<br>**4516 Seagull Drive #520**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6200**<br>**4516 Seagull Drive #620**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6010**<br>**4516 Seagull Drive #601**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6030**<br>**4516 Seagull Drive #603**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6050**<br>**4516 Seagull Drive #605**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6060**<br>**4516 Seagull Drive #606**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6080**<br>**4516 Seagull Drive #608**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6090**<br>**4516 Seagull Drive #609**<br>**New Port Richey, FL 34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >      **0.00**      (Total of this page)

Sheet   **5**   of   **15**   continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**            ,      Case No. _____

                                  Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 6110**<br>**4516 Seagull Drive #611**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6140**<br>**4516 Seagull Drive #614**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6150**<br>**4516 Seagull Drive #615**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6160**<br>**4516 Seagull Drive #616**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6170**<br>**4516 Seagull Drive #617**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6180**<br>**4516 Seagull Drive #618**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 6190**<br>**4516 Seagull Drive #619**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7020**<br>**4516 Seagull Drive #702**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7030**<br>**4516 Seagull Drive #703**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7060**<br>**4516 Seagull Drive #706**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7070**<br>**4516 Seagull Drive #707**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

                                      Sub-Total >        **0.00**      (Total of this page)

Sheet  **6**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**            ,      Case No. _____

                               Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 7080**<br>**4516 Seagull Drive #708**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7090**<br>**4516 Seagull Drive #709**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7100**<br>**4516 Seagull Drive #710**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7110**<br>**4516 Seagull Drive #711**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7130**<br>**4516 Seagull Drive #713**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7140**<br>**4516 Seagull Drive #714**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7150**<br>**4516 Seagull Drive #715**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7160**<br>**4516 Seagull Drive #716**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7170**<br>**4516 Seagull Drive #717**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7180**<br>**4516 Seagull Drive #718**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 7190**<br>**4516 Seagull Drive #719**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >      **0.00**      (Total of this page)

Sheet  **7**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**             ,    Case No. _____

                               Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID # 07 26 16 0360 00000 8110**<br>**4516 Seagull Drive #811**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8130**<br>**4516 Seagull Drive #813**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8140**<br>**4516 Seagull Drive #814**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8150**<br>**4516 Seagull Drive #815**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8160**<br>**4516 Seagull Drive #816**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8170**<br>**4516 Seagull Drive #817**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8180**<br>**4516 Seagull Drive #818**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8190**<br>**4516 Seagull Drive #819**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E100**<br>**Garage Unit E10** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E110**<br>**Garage Unit E11** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E120**<br>**Garage Unit E12** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E130**<br>**Garage Unit E13** | **Fee simple ownership** | - | **Unknown** | 0.00 |

                                 Sub-Total >        **0.00**     (Total of this page)

Sheet  **8**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re __Seaview Place Developers, Inc._____, Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 E140**<br>**Garage Unit E14** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E150**<br>**Garage Unit E15** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E160**<br>**Garage Unit E16** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E170**<br>**Garage Unit E17** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E180**<br>**Garage Unit E18** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E190**<br>**Garage Unit E19** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E200**<br>**Garage Unit E20** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E210**<br>**Garage Unit E21** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 E220**<br>**Garage Unit E22** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W100**<br>**Garage Unit W10** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W110**<br>**Garage Unit W11** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W120**<br>**Garage Unit W12** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W130**<br>**Garage Unit W13** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W140**<br>**Garage Unit W14** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 W150**<br>**Garage Unit W15** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >     0.00     (Total of this page)

Sheet __9__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re     **Seaview Place Developers, Inc.**               ,     Case No. _____

                                  Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 W160**<br>**Garage Unit W16** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W170**<br>**Garage Unit W17** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W180**<br>**Garage Unit W18** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W190**<br>**Garage Unit W19** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W200**<br>**Garage Unit W20** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W210**<br>**Garage Unit W21** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 W220**<br>**Garage Unit W22** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0A30**<br>**Garage Unit A3** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0A40**<br>**Garage Unit A4** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0B10**<br>**Garage Unit B1** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0B30**<br>**Garage Unit B3** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0C10**<br>**Garage Unit C1** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0C20**<br>**Garage Unit C2** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0C30**<br>**Garage Unit C3** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0D10**<br>**Garage Unit D1** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| | | Sub-Total > | **0.00** | (Total of this page) |

Sheet  **10**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re    **Seaview Place Developers, Inc.**        ,     Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 0D20 Garage Unit D2** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0D30 Garage Unit D3** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0D40 Garage Unit D4** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E10 Garage Unit E1** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E20 Garage Unit E2** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E30 Garage Unit E3** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E40 Garage Unit E4** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E50 Garage Unit E5** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E60 Garage Unit E6** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E70 Garage Unit E7** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E80 Garage Unit E8** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0E90 Garage Unit E9** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0S10 Garage Unit S1** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0S20 Garage Unit S2** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0S30 Garage Unit S3** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| | | Sub-Total > | **0.00** | (Total of this page) |

Sheet   __11__   of   __15__   continuation sheets attached to the Schedule of Real Property

In re  **Seaview Place Developers, Inc.** ,  Case No. _____
                                       Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID #07 26 16 0360 00000 0S40 Garage Unit S4** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0S50 Garage Unit S5** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W10 Garage Unit W1** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W20 Garage Unit W2** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W30 Garage Unit W3** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W40 Garage Unit W4** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W50 Garage Unit W5** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W60 Garage Unit W6** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W70 Garage Unit W7** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W80 Garage Unit W8** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID #07 26 16 0360 00000 0W90 Garage Unit W9** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8010 4516 Seagull Drive #801 New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8020 4516 Seagull Drive #802 New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 8030 4516 Seagull Drive #803 New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >            **0.00**         (Total of this page)

Sheet __12__ of __15__ continuation sheets attached to the Schedule of Real Property

In re    **Seaview Place Developers, Inc.**           ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID # 07 26 16 0360 00000 8040**<br>**4516 Seagull Drive #804**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8050**<br>**4516 Seagull Drive #805**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8060**<br>**4516 Seagull Drive #806**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8070**<br>**4516 Seagull Drive #807**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8080**<br>**4516 Seagull Drive #808**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8090**<br>**4516 Seagull Drive #809**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 8100**<br>**4516 Seagull Drive #810**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 9010**<br>**4516 Seagull Drive #901**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 9030**<br>**4516 Seagull Drive #903**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 9040**<br>**4516 Seagull Drive #904**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 9050**<br>**4516 Seagull Drive #905**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |

Sub-Total >     **0.00**    (Total of this page)

Sheet  **13**  of  **15**  continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**                                      ,   Case No. _____

                                              Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID # 07 26 16 0360 00000 9060**<br>**4516 Seagull Drive #906**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9070**<br>**4516 Seagull Drive #907**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9080**<br>**4516 Seagull Drive #908**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9090**<br>**4516 Seagull Drive #909**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9100**<br>**4516 Seagull Drive #910**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9130**<br>**4516 Seagull Drive #913**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9140**<br>**4516 Seagull Drive #914**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9150**<br>**4516 Seagull Drive #915**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9160**<br>**4516 Seagull Drive #916**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9170**<br>**4516 Seagull Drive #917**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |
| **Parcel ID # 07 26 16 0360 00000 9180**<br>**4516 Seagull Drive #918**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | 0.00 |

Sub-Total >            **0.00**        (Total of this page)

Sheet __14__ of __15__ continuation sheets attached to the Schedule of Real Property

In re   **Seaview Place Developers, Inc.**                              ,        Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel ID # 07 26 16 0360 00000 9190**<br>**4516 Seagull Drive #919**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 00000 9200**<br>**4516 Seagull Drive #920**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID # 07 26 16 0360 40C00 0000**<br>**4516 Seagull Drive TRACT 40C**<br>**New Port Richey, FL  34652-3967** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Pacel ID # 07 26 16 0360 00000 9110**<br>**4516 Seagull Drive #911**<br>**New Port Richey, FL** | **Fee simple ownership** | - | **Unknown** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0A20**<br>**Garage Unit A2** | **Fee simple ownership** | - | **0.00** | **0.00** |
| **Parcel ID #07 26 16 0360 00000 0B20**<br>**Garage Unit B2** | **Fee simple ownership** | - | **0.00** | **0.00** |
| **45 Boat slips on submerged land (10-000532-01)**<br>**(Value based upon appraisal prepared on behalf of**<br>**Colonial Bank)** | **Fee simple ownership** | - | **1,000,000.00** | **0.00** |

Sub-Total >        **1,000,000.00**        (Total of this page)

Total >        **24,750,000.00**

Sheet __15__ of __15__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Seaview Place Developers, Inc.**           ,      Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account located at Wachovia Bank** | - | 200.00 |
| | | **Escrow account with Wachovia** | - | 3,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with Clearwater Gas** | - | 1,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous furniture, pictures and art work** | - | 15,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **19,300.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **Seaview Place Developers, Inc.**              ,       Case No. _____

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against BP for damages from gulf oil spill** | - | Unknown |

                                               Sub-Total >       **0.00**

                                          (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re __Seaview Place Developers, Inc._____, Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer and miscellaneous supplies | - | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous janitorial supplies, etc. | - | 100.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 200.00 |
| (Total of this page) | |
| Total > | 19,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Seaview Place Developers, Inc.**          ,      Case No. _____

                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

_  **0**  _ continuation sheets attached to Schedule of Property Claimed as Exempt

In re     **Seaview Place Developers, Inc.**                                    ,          Case No. _____
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001** | | | **November 16, 2009** | | | | | |
| **Creditor #: 1**<br>**Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** | X | - | **Construction Loan Agreement**<br>**4516 Seagull Drive**<br>**New Port Richey, Florida 34652**<br>**and alleged security interest in all assets of the Debtor.** | | X | | | |
| | | | Value $          **23,750,000.00** | | | | **14,770,144.00** | **0.00** |
| Account No. | | | | | | | | |
| **Branch Banking and Trust**<br>**400 N. Tampa Street**<br>**Suite 2300**<br>**Tampa, FL 33602** | | | **Additional notice:**<br>**Branch Banking and Trust Co.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Keith Fendrick, Esquire**<br>**Holland & Knight**<br>**100 N. Tampa Street**<br>**Suite 4100**<br>**Tampa, FL 33602** | | | **Additional notice:**<br>**Branch Banking and Trust Co.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **2011** | | | | | |
| **Creditor #: 2**<br>**Pasco County Tax Collector**<br>**Mike Olson**<br>**P.O. Box 276**<br>**Dade City, FL 33526-0276** | | - | **Ad valorem property taxes - Aggregate of all properties**<br>**4516 Seagull Drive**<br>**New Port Richey, Florida 34652**<br>**Individual parcels identified below**<br>**(Value based upon appraisal prepared on behalf of Colonial Bank)** | | | | | |
| | | | Value $          **23,750,000.00** | | | | **286,334.00** | **0.00** |

|  |  |  |
|---|---|---|
| __0__   continuation sheets attached | Subtotal<br>(Total of this page) | **15,056,478.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **15,056,478.00** | **0.00** |

In re    **Seaview Place Developers, Inc.**                                      Case No. _____

                                                                                    ,
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____    continuation sheets attached

In re **Seaview Place Developers, Inc.** ,                    Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Wages** | | | | | |
| **Creditor #: 1** **Jack Stiverson** **4516 Seagull Drive** **New Port Richey, FL 34652** | - | | | | | | | 0.00 |
| | | | | | | | 190.00 | 190.00 |
| Account No. | | | **Wages** | | | | | |
| **Creditor #: 2** **Joe Borda** **1170 Gulf Boulevard #201** **Clearwater Beach, FL 33767** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Wages** | | | | | |
| **Creditor #: 3** **Kathy Hines** **4516 Seagull Drive** **New Port Richey, FL 34652** | - | | | | | | | 0.00 |
| | | | | | | | 150.00 | 150.00 |
| Account No. | | | **Wages** | | | | | |
| **Creditor #: 4** **Marlene Borda** **1170 Gulf Boulevard** **Suite 201** **Clearwater Beach, FL 33767** | - | | | | | | | 0.00 |
| | | | | | | | 145.00 | 145.00 |
| Account No. | | | **Wages** | | | | | |
| **Creditor #: 5** **Paul Katona** **4516 Seagull Drive** **New Port Richey, FL 34652** | - | | | | | | | 0.00 |
| | | | | | | | 145.00 | 145.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 630.00 | 630.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 630.00 | 630.00 |

In re  **Seaview Place Developers, Inc.**          ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Landscaping Service | | | | |
| Creditor #: 1<br>A Little Off the Top<br>5737 Rowan Road<br>New Port Richey, FL 34653 | - | | | | | | | | 1,300.00 |
| Account No. | | | | | Goods / Services rendered | | | | |
| Creditor #: 2<br>A.S.K. Janitorial Professionals, Inc.<br>4116 Lamson Avenue<br>Spring Hill, FL 34608 | - | | | | | | | | 741.00 |
| Account No. | | | | | Security Service | | | | |
| Creditor #: 3<br>Adair Executive Services,Inc<br>9015 Ruger Drive<br>New Port Richey, FL 34655 | - | | | | | | | | 2,190.83 |
| Account No. | | | | | Accounting Services | | | | |
| Creditor #: 4<br>Bernie J. Egan, Jr., CPA<br>6 White Horse Pike<br>Haddon Heights, NJ 08035 | - | | | | | | | | 750.00 |
| __6__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 4,981.83 |

In re **Seaview Place Developers, Inc.** ,                    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Bulk Cable Service | | | | |
| Creditor #: 5 **Bright House Networks** **PO Box 30765** **Tampa, FL 33630** | - | | | | | | | | 4,818.31 |
| Account No. | | | | | Contract Reimbursement | | | | |
| Creditor #: 6 **Charles Buono** **10 Inverness Drive** **Medford, NJ 08055** | - | | | | | | | | 1,000.00 |
| Account No. | | | | | Gas Service | | | | |
| Creditor #: 7 **City of Clearwater** **PO Box 30020** **Tampa, FL 33630** | - | | | | | | | | 755.37 |
| Account No. | | | | | Alarm Service | | | | |
| Creditor #: 8 **Dart Electronics** **PO Box 40696** **Saint Petersburg, FL 33743** | - | | | | | | | | 330.00 |
| Account No. | | | | | Goods / Services rendered | | | | |
| Creditor #: 9 **Delta Fire Sprinklers** **111 Tech Drive** **Sanford, FL 32771** | - | | | | | | | | 270.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           7,173.68

In re **Seaview Place Developers, Inc.** ,      Case No. _____

                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Insurance Services | | | | |
| **Creditor #: 10**<br>**Fidelity and Deposit Company**<br>**1400 American Lane**<br>**Schaumburg, IL 60196** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Insurance Services | | | | |
| **Creditor #: 11**<br>**First Insurance Funding**<br>**PO Box 66468**<br>**Chicago, IL 60666** | - | | | | | | | |
| | | | | | | | | **7,744.32** |
| Account No. | | | | Services rendered | | | | |
| **Creditor #: 12**<br>**Gilbert & Byrd Masonry, Inc.**<br>**6346 118th Avenue North**<br>**Largo, FL 33773-3728** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Services rendered | | | | |
| **Creditor #: 13**<br>**Gulf Contractors, Inc.**<br>**708 E. Tarpon Avenue #2**<br>**Tarpon Springs, FL 34689** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Contingent indemnification | | | | |
| **Creditor #: 14**<br>**Gulf Landings Development Corporation**<br>**1170 Gulf Boulevard #201**<br>**Clearwater Beach, FL 33767** | - | | | | X | | | |
| | | | | | | | | **Unknown** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              **7,744.32**
(Total of this page)

In re **Seaview Place Developers, Inc.** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Pool Service | | | | |
| Creditor #: 15 Happy Pool 12704 Lacey Drive New Port Richey, FL 34654 | - | | | | | | 250.00 |
| Account No. | | | Possible indemnification | | | | |
| Creditor #: 16 Harbor Colony Development Inc. 1170 Gulf Boulevard #201 Clearwater Beach, FL 33767 | - | | | X | | | Unknown |
| Account No. | | | Credit card debt | | | | |
| Creditor #: 17 Home  Depot PO Box 9055 Des Moines, IA 50368 | - | | | | | | 182.17 |
| Account No. | | | Legal services | | | | |
| Creditor #: 18 Jacob David Varn, Esquire Fowler White Boggs PA 101 N. Monroe Street Suite 1090 Tallahassee, FL 32301 | - | | | | | | 4,874.00 |
| Account No. | | | Sales Contract Settlement (Unit 201) | | | | |
| Creditor #: 19 M.Wolf & A. Quintan 1504 Bay Road, #825 Miami Beach, FL 33139 | - | | | | | | 25,000.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     30,306.17

In re  **Seaview Place Developers, Inc.** _____ ,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Elevator Service | | | | |
| Creditor #: 20 **Otis Elevator Company** **One Farm Springs** **Farmington, CT 06032** | - | | | | | | 3,881.56 |
| Account No. | | | Utility services (vacant units) | | | | |
| Creditor #: 21 **Progress Energy Florida, Inc** **PO Box 33199** **Saint Petersburg, FL 33733** | - | | | | | | 1,465.69 |
| Account No. | | | Utility services (common areas) | | | | |
| Creditor #: 22 **Progress Energy Florida, Inc** **PO Box 33199** **Saint Petersburg, FL 33733** | - | | | | | | 4,499.19 |
| Account No. | | | Rubbish and recycling service | | | | |
| Creditor #: 23 **Seaside Sanitation** **PO Box 9001099** **Louisville, KY 40290** | - | | | | | | 141.00 |
| Account No. | | | Contract Reimbursement | | | | |
| Creditor #: 24 **Seaview Sunsets, LLC** **PO Box 2074** **Palm Harbor, FL 34682** | - | | | | | | 1,000.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,987.44**

In re   __Seaview Place Developers, Inc._____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Sales Contract Settlement (Unit 406) | | | | |
| Creditor #: 25 Shane Edrington 9374 E. Sharon Drive Scottsdale, AZ 85260 | | - | | | | | | |
| | | | | | | | | 22,858.00 |
| Account No. | | | | Advertising | | | | |
| Creditor #: 26 St. Petersburg Times PO Box 112 Saint Petersburg, FL 33731-0012 | | - | | | | | | |
| | | | | | | | | 1,919.82 |
| Account No. | | | | Credit card | | | | |
| Creditor #: 27 USAA 10750 McDermott Highway San Antonio, TX 78288 | | - | | | | | | |
| | | | | | | | | 1,426.21 |
| Account No. | | | | Utility services (fax line) | | | | |
| Creditor #: 28 Verizon P.O. Box 920041 Dallas, TX 75392-0041 | | - | | | | | | |
| | | | | | | | | 53.19 |
| Account No. | | | | | | | | |
| Verizon Bankruptcy Administration 404 Brock Drive Bloomington, IL 61701 | | | | Additional notice: Verizon | | | | Notice Only |

Sheet no. __5___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 26,257.22 |
|---|

In re __Seaview Place Developers, Inc.__ ,          Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.          29<br>**Creditor #: 29**<br>**Verizon**<br>**P.O. Box 920041**<br>**Dallas, TX 75392-0041** | - | | | Utility services (phone service) | | | | 450.33 |
| Account No.<br><br>**Verizon**<br>**Bankruptcy Administration**<br>**404 Brock Drive**<br>**Bloomington, IL 61701** | | | | Additional notice:<br>Verizon | | | | **Notice Only** |
| Account No.<br>**Creditor #: 30**<br>**Victor William Holcomb, Esq.**<br>**Holcomb & Associates**<br>**3203 W. Cypress Street**<br>**Tampa, FL 33607** | - | | | Legal services | | | | 2,602.03 |
| Account No.<br>**Creditor #: 31**<br>**Wilmar**<br>**200 E. Park Drive, Suite 200**<br>**Mount Laurel, NJ 08054** | - | | | Goods / Services rendered | | | | 132.82 |
| Account No. | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 3,185.18 |
| Total<br>(Report on Summary of Schedules) | 90,635.84 |

In re   **Seaview Place Developers, Inc.**                 ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kathy Hines**<br>**4516 Seagull Drive**<br>**#409**<br>**New Port Richey, FL 34652** | **Unit 409 Lease; expires 06/14/2011** |
| **Kelly Garey**<br>**4516 Seagull Drive**<br>**#202**<br>**New Port Richey, FL 34652** | **Unit 202 Lease; expires 01/31/2012** |
| **Louis Luma**<br>**4516 Seagull Drive #219**<br>**New Port Richey, FL 34652** | **Unit 219 Lease; expires 03/31/2011** |
| **Todd Gottshall**<br>**4516 Seagull Drive #802**<br>**New Port Richey, FL 34652** | **Unit 802 Lease; expires 08/27/2011** |
| **Trisha Breseman**<br>**4516 Seagull Drive**<br>**#208**<br>**New Port Richey, FL 34652** | **Unit 208 Lease; expires 04/14/2011** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Seaview Place Developers, Inc.**            ,    Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gulf Landings Development Corporation**<br>**1170 Gulf  Boulevard #201**<br>**Clearwater Beach, FL 33767** | **Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** |
| **Harbor Colony Development, Inc.**<br>**1170 Gulf Boulevard #201**<br>**Clearwater Beach, FL 33767** | **Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** |
| **J&M Development Concepts LLC**<br>**1170 Gulf Boulevard**<br>**Unit 201-W**<br>**Clearwater Beach, FL 33767** | **Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** |
| **Joseph & Marlene Borda**<br>**1170 Gulf Boulevard**<br>**New Port Richey, FL 34652** | **Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re  **Seaview Place Developers, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 22, 2011**

Signature  **/s/ Joseph R. Borda**

**Joseph R. Borda**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.**                     Case No.

Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$14,550.00** | **2011 YTD: Business Income** |
| **$874,350.00** | **2010: Business Income** |
| **$1,359,429.00** | **2009: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                 SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Evelyn Glider**<br>**4516 Seagull Drive #207**<br>**New Port Richey, FL 34652** | **various** | **$6,000.00** | **$2,000.00** |
| **Branch Banking and Trust Co.**<br>**5130 Parkway Plaza Boulevard**<br>**Charlotte, NC 28217** | **various** | **$196,000.00** | **$14,906,244.00** |
| **Progress Energy Florida, Inc**<br>**PO Box 33199**<br>**Saint Petersburg, FL 33733** | **various** | **$15,786.34** | **$1,465.69** |
| **Bright House Networks**<br>**PO Box 30765**<br>**Tampa, FL 33630** | **various** | **$13,767.33** | **$4,818.31** |
| **Adair Executive Services,Inc**<br>**9015 Ruger Drive**<br>**New Port Richey, FL 34655** | **various** | **$6,329.05** | **$2,190.83** |
| **First Insurance Funding**<br>**PO Box 66468**<br>**Chicago, IL 60666** | **various** | **$23,232.96** | **$7,744.32** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Seaview Association**<br><br>**Condominium Association** | **12/6/2010, 12/14/2010,**<br>**12/21/2010** | **$26,200.00** | **$0.00** |

---

*   Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gulf Contractors, Inc. v Crimone Development, Inc., Seaview Place Developers, Inc., and Fidelity and Deposit Company of Maryland** <br><br> **51-2008-CA-010487** | **Civil Litigation - Contract Services Dispute** | **Circuit Court Sixth District - Pasco County** | **Bonded Lien at $231,500.00 with Fidelity and Deposit of Maryland** |
| **Seaview Place Developers, Inc. vs. Pennington Moore Wilkinson Bell & Dunbar, PA, Case No. 10-CA-008353** | **Malpractice** | **Circuit Court - Thirteenth District, Hillsborough County** | **Settled** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jennis & Bowen, P.L.**<br>**400 North Ashley Drive**<br>**Suite 2540**<br>**Tampa, FL 33602** | **10/27/2010, 1/11/2011, 2/23/2011 and 3/14/2011** | **$27,582.50 for pre-petition services** |
| **Jennis & Bowen, P.L.**<br>**400 North Ashley Drive**<br>**Suite 2540**<br>**Tampa, FL 33602** | **3/14/2011** | **$75,000.00 bankruptcy retainer $1,039.00 filing fee.** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Branch Banking and Trust Co.** | **checking account** | **closed on February 25, 2011** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Kathy Hines**<br>**4516 Seagull Drive #409**<br>**New Port Richey, FL 34652** | **$500.00 Security deposit** | **Wachovia Bank escrow account** |
| **Louis Luma**<br>**5616 Seagull Drive #219**<br>**New Port Richey, FL 34652** | **$500.00 Security deposit** | **Wachovia Bank escrow account** |
| **Todd Gottshall**<br>**4516 Seagull Drive #802**<br>**New Port Richey, FL 34652** | **$500.00 Security deposit** | **Wachovia Bank escrow account** |
| **Trisha Breseman**<br>**4516 Seagull Drive**<br>**New Port Richey, FL 34652** | **$500.00 Security deposit** | **Wachovia Bank escrow account** |
| **Kelly Garey**<br>**4516 Seagull Drive #202**<br>**New Port Richey, FL 34652** | **$500.00 Security deposit** | **Wachovia Bank escrow account** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                   NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bernie J. Egan, Jr., CPA** <br> **6 White Horse Pike** <br> **Haddon Heights, NJ 08035** | **October 2005 through current date.** |
| **Business Accounting Systems, PC** <br> **943 Kings Highway, Suite 204** <br> **Paulsboro, NJ 08066** | **October 2005 through 2009** |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None □

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Seaview Place Developers, Inc.** | **4516 Seagull Drive** <br> **New Port Richey, FL 34652** |

| NAME | ADDRESS |
|---|---|
| **Bernie J. Egan, Jr., CPA** | **6 White Horse Pike**<br>**Haddon Heights, NJ 08035** |
| **Business Accounting Systems, Inc.** | **943 Kings Highway #204**<br>**Paulsboro, NJ 08066** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Branch Banking and Trust Company**<br>**5130 Parkway Plaza Blvd.**<br>**Charlotte, NC 28217** | **Annually** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **J & M Development Concepts, LLC**<br>**1170 Gulf Boulevard, Unit 201**<br>**Clearwater Beach, FL 33767** | | **Ownership interest - 100%** |
| **Joseph Borda**<br>**1170 Gulf Boulevard**<br>**Clearwater Beach, FL 33767** | **President** | **0** |
| **Marlene Borda**<br>**1170 Gulf Bouelvard**<br>**Clearwater Beach, FL 33767** | **Secretary** | **0** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 22, 2011**                       Signature     **/s/ Joseph R. Borda**

                                                                **Joseph R. Borda**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.** _____ ,

                                            Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **J&M Development Concepts LLC**<br>**1170 Gulf Boulevard**<br>**Unit 201**<br>**Clearwater Beach, FL 33767** | | **100%** | **Ownership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____ **March 22, 2011** _____

Signature **/s/ Joseph R. Borda** _____
                    **Joseph R. Borda**
                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____ **0** ____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Seaview Place Developers, Inc.**                                     Case No.                                           

Debtor(s)                                 Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 22, 2011**                           **/s/ Joseph R. Borda**

                                                      **Joseph R. Borda**/**President**
                                                      Signer/Title

Seaview Place Developers, Inc.
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

.

David S. Jennis
Jennis & Bowen, P.L.
400 North Ashley Drive
Suite 2540
Tampa, FL 33602

A Little Off the Top
5737 Rowan Road
New Port Richey, FL 34653

A.S.K. Janitorial
Professionals, Inc.
4116 Lamson Avenue
Spring Hill, FL 34608

Adair Executive Services,Inc
9015 Ruger Drive
New Port Richey, FL 34655

Bernie J. Egan, Jr., CPA
6 White Horse Pike
Haddon Heights, NJ 08035

Branch Banking and Trust
400 N. Tampa Street
Suite 2300
Tampa, FL 33602

Branch Banking and Trust Co.
5130 Parkway Plaza Boulevard
Charlotte, NC 28217

Bright House Networks
PO Box 30765
Tampa, FL 33630

Charles Buono
10 Inverness Drive
Medford, NJ 08055

City of Clearwater
PO Box 30020
Tampa, FL 33630

Dart Electronics
PO Box 40696
Saint Petersburg, FL 33743

Delta Fire Sprinklers
111 Tech Drive
Sanford, FL 32771

Fidelity and Deposit Company
1400 American Lane
Schaumburg, IL 60196

First Insurance Funding
PO Box 66468
Chicago, IL 60666

Gilbert & Byrd Masonry, Inc.
6346 118th Avenue North
Largo, FL 33773-3728

Gulf Contractors, Inc.
708 E. Tarpon Avenue #2
Tarpon Springs, FL 34689

Gulf Landings Development
Corporation
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

Gulf Landings Development
Corporation
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

Happy Pool
12704 Lacey Drive
New Port Richey, FL 34654

Harbor Colony Development
Inc.
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

Harbor Colony Development,
Inc.
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

Home Depot
PO Box 9055
Des Moines, IA 50368

J&M Development Concepts LLC
1170 Gulf Boulevard
Unit 201-W
Clearwater Beach, FL 33767

Jack Stiverson
4516 Seagull Drive
New Port Richey, FL 34652

Jacob David Varn, Esquire
Fowler White Boggs PA
101 N. Monroe Street
Suite 1090
Tallahassee, FL 32301

Joe Borda
1170 Gulf Boulevard #201
Clearwater Beach, FL 33767

Joseph & Marlene Borda
1170 Gulf Boulevard
New Port Richey, FL 34652

Kathy Hines
4516 Seagull Drive
New Port Richey, FL 34652

Keith Fendrick, Esquire
Holland & Knight
100 N. Tampa Street
Suite 4100
Tampa, FL 33602

M.Wolf & A. Quintan
1504 Bay Road, #825
Miami Beach, FL 33139

USAA
10750 McDermott Highway
San Antonio, TX 78288

Marlene Borda
1170 Gulf Boulevard
Suite 201
Clearwater Beach, FL 33767

Verizon
P.O. Box 920041
Dallas, TX 75392-0041

Otis Elevator Company
One Farm Springs
Farmington, CT 06032

Verizon
Bankruptcy Administration
404 Brock Drive
Bloomington, IL 61701

Pasco County Tax Collector
Mike Olson
P.O. Box 276
Dade City, FL 33526-0276

Victor William Holcomb, Esq.
Holcomb & Associates
3203 W. Cypress Street
Tampa, FL 33607

Paul Katona
4516 Seagull Drive
New Port Richey, FL 34652

Wilmar
200 E. Park Drive, Suite 200
Mount Laurel, NJ 08054

Progress Energy Florida, Inc
PO Box 33199
Saint Petersburg, FL 33733

Seaside Sanitation
PO Box 9001099
Louisville, KY 40290

Seaview Sunsets, LLC
PO Box 2074
Palm Harbor, FL 34682

Shane Edrington
9374 E. Sharon Drive
Scottsdale, AZ 85260

St. Petersburg Times
PO Box 112
Saint Petersburg, FL 33731-0012

# United States Bankruptcy Court
## Middle District of Florida

In re   **Seaview Place Developers, Inc.**            Case No.
                                             Debtor(s)        Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 22, 2011**                             **/s/ David S. Jennis**
                                                                  **David S. Jennis**
                                                                    **Jennis & Bowen, P.L.**
                                                                     **400 North Ashley Drive**
                                                                     **Suite 2540**
                                                                     **Tampa, FL 33602**
                                                                     **(813) 229-1700   Fax: (813) 229-1707**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Seaview Place Developers, Inc.**              Case No.
                                    Debtor(s)           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Seaview Place Developers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**J&M Development Concepts LLC**
**1170 Gulf Boulevard**
**Unit 201**
**Clearwater Beach, FL 33767**

☐ None [*Check if applicable*]

**March 22, 2011**                    **/s/ David S. Jennis**

Date                                   **David S. Jennis**
                                       Signature of Attorney or Litigant
                                       Counsel for   **Seaview Place Developers, Inc.**
                                       **Jennis & Bowen, P.L.**
                                       **400 North Ashley Drive**
                                       **Suite 2540**
                                       **Tampa, FL 33602**
                                       **(813) 229-1700 Fax:(813) 229-1707**