UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SEAVIEW PLACE DEVELOPERS, INC.

Debtor.
_____/

Chapter 11

Case No: 8:11-bk-5126-KRM

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
AND SCHEDULING FINAL HEARING**

THIS MATTER came on for hearing on March 28, 2011 at 11:00 a. m., upon the *Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* (Doc. No. 13) (the "**Motion**"), filed by the Debtor. The Court, having considered the Motion, arguments and proffers of counsel, the record, and for the reasons stated orally and recorded in open court that shall constitute the Court's decision, finds it appropriate to grant the relief requested and to authorize the immediate use of Cash Collateral on an interim basis in order to avoid immediate and irreparable harm to the Debtor and the estate. Accordingly, it is

ORDERED and ADJUDGED that

1. The Motion is GRANTED, on an interim basis, *nunc pro tunc* to March 22, 2011, subject to the terms and conditions set forth below.

2. A Continued Hearing on the Motion is scheduled for **May 5, 2011 beginning at 10:00 a.m.** at which time the Court may consider final approval of the Motion.

3. Subject to the terms and conditions of this Interim Order, the Debtor is authorized to immediately use any property that may be deemed Cash Collateral to pay ordinary monthly expenses based on the budget attached hereto as <u>Exhibit "A."</u>

4. As adequate protection of its asserted interests in the Debtor's Cash Collateral, in addition to the protections provided by the Debtor's filing of its Monthly Operating Reports, Branch Banking & Trust Company ("**BB&T**") is hereby granted replacement liens in the Cash Collateral to the same extent, amount, validity, and priority ~~in the same class and character of property~~ as BB&T held as of the Petition Date.

5. The Debtor's banks, including, but not limited to, Wachovia Bank, a division of Wells Fargo Bank, N.A., are authorized and directed to accept deposits, transfers, and/or payments into and out of the Debtor's pre-petition account(s) pending transfer of such funds into an authorized debtor-in-possession account.

DONE and ORDERED in Tampa, Florida on March 30, 2011.

_____
K. Rodney May
United States Bankruptcy Judge

Copies furnished to:
**Chad S. Bowen**, Jennis & Bowen, P.L., 400 N. Ashley Drive, Suite 2540, Tampa, FL 33602
**United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602
**BB&T**, Attn: Robert E. Greene, President, 200 West 2nd Street, Winston-Salem, NC 27101
**Keith Fendrick**, Holland & Knight, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602
**Wachovia Bank,** Luana Tafoya, Deposits Bankruptcy Department, P.O. Box 3908, Portland, OR 97208-3908

# Seaview Place 2011 Projected Average Monthly Expenditures    EXHIBIT "A"

**Sales and Operating Expenses**
  Sales Expenses
      Employee Salaries    $    4,950
      Advertising and Promotion    4,400
      **Total Sales Expenses**    **9,350**

  Operating Expenses
      Utilities:
          Electrical    4,700
          Water and Sewage    1,550
          Solid Waste    1,042
          Gas    890
      Trash    130
      Alarms    100
      Pool    250
      Landscaping    1,300
      Telephone / Fax    285
      Janitorial    695
      Cable Television    5,040
      Elevators    1,965
      Insurance    7,745
      Supplies / Repairs / Maintenance    3,615
      Appliances    1,355
      Real Estate Taxes    -
      Security    1,950
      Accounting / Legal    1,350
      Automobile / Gas / Office    200
      **Total Operating Expenses**    **34,162**

      **Total Sales and Operating Expenses**    **43,512**