# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                            Chapter 11

SEAVIEW PLACE DEVELOPERS,                         Case No. 8:11-bk-05126-KRM [Lead Case]
INC.
GULF LANDINGS DEVELOPMENT                         Case No. 8:11-bk-13101-KRM
CORPORATION,
HARBOR COLONY DEVELOPMENT                         Case No. 8:11-bk-13103-KRM
INC.
            Debtors.                              (Jointly Administered Cases)
_____/

**GULF LANDINGS DEVELOPMENT CORP. AND HARBOR COLONY DEVELOPMENT, INC.'S EMERGENCY MOTION AUTHORIZING DEBTORS TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT *NUNC PRO TUNC* TO SEPTEMBER 25, 2011**

Gulf Landings Development Corporation ("Gulf") and Harbor Colony Development Inc. ("Harbor," together, the "Debtors"), by proposed counsel, hereby file this motion (the "Motion") seeking authorization to enter into an insurance premium financing agreement *nunc pro tunc* to September 25, 2011. In support of the Motion, the Debtors state as follows:

**Jurisdiction and Venue**

1. On July 8, 2011, Gulf and Harbor each filed their Voluntary Petitions for Relief under chapter 11 of the Bankruptcy Code.

2. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request for appointment of a chapter 11 trustee or examiner has been

made and, as of the date hereof, no official committee has been appointed.

4. It is necessary that the Debtors maintain adequate general liability insurance (the "Policy").

5. On or about September 25, 2011, the Debtors were notified that they needed to immediately renew their Policy.

6. The Debtors seek authorization from the Bankruptcy Court *nunc pro tunc* to September 25, 2011, to enter into a Premium Finance Agreement with Premium Assignment Corporation ("Premium") for the financing of the Policy. A true and correct copy of the Agreement is attached hereto as **Exhibit "A".**

7. Under the Agreement, the total premium amount is $7,882.01 and the total amount to be financed is $5,941.01. Under the Agreement, the Debtors will become obligated to pay Premium the sum of $6,172.11, in addition to a down payment in the amount of $1,962.00 and the balance in nine (9) monthly installments of $685.79 each. The installment payments will be due on the 25th day of each month commencing on August 25, 2011. As collateral to secure the repayment of the indebtedness under the Agreement, Debtor is granting Premium a security interest in, among other things, the unearned premiums of the Policy.

8. The Debtors believe that the terms of the Agreement are commercially fair and reasonable including the granting of a lien on the Policies to Premium. Debtors are required to maintain adequate insurance coverage and without it, would be forced to cease operating. Debtors have been unable to obtain unsecured credit to fund the Policy.

9. The relief requested by this Motion is warranted and appropriate under the

circumstances. Debtors submit that authorization of the Agreement will ensure that Debtors can continue necessary operations, and will not prejudice the legitimate interests of creditors and other parties in interest, including Debtors' secured creditors.

**WHEREFORE**, the Debtors respectfully request that this Court (a) consider this matter on an expedited basis, (b) enter an order approving the Debtors' entry into the Agreement *nunc pro tunc* to September 25, 2011, and (c) grant such other and further relief as is just and proper.

DATED this 2nd day of August, 2011.

> */s/ Suzy Tate*
> Chad Bowen
> Florida Bar No. 0138290
> Suzy Tate
> Florida Bar No. 22071
> **Jennis & Bowen, P.L.**
> 400 N. Ashley Dr., Ste. 2540
> Tampa, FL 33602
> Telephone: (813) 229-1700
> Facsimile: (813) 229-1707
> state@jennisbowen.com
> Counsel for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail, postage prepaid or CM/ECF electronic service to the **United States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; **Keith Fendrick**, Holland & Knight, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602; **John A. Anthony**, Anthony & Partners, LLC, 201 N. Franklin St., Suite 2800, Tampa, FL 33602-5816; **Jack Hillstrom,** President and CEO, Premier Bank Minnesota, 500 West 98th St., Bloomington, MN 55420; those parties in interest listed on the attached **L.B.R. 1007-2 List**; and to those parties receiving electronic notices via CM/ECF, on this 2nd day of August, 2011.

> */s/ Suzy Tate*
> Suzy Tate

```
Label Matrix for local noticing      A Little Off the Top                A.S.K. Janitorial
113A-8                               5737 Rowan Road                     Professionals, Inc.
Case 8:11-bk-05126-KRM               New Port Richey, FL 34653-4549      4116 Lamson Avenue
Middle District of Florida                                               Spring Hill, FL 34608-3744
Tampa
Tue Aug  2 13:09:20 EDT 2011

Adair Executive Services,Inc        Bernie J. Egan, Jr., CPA             Blue Cross Blue Shield
9015 Ruger Drive                    6 White Horse Pike                   Po Box 105358
New Port Richey, FL 34655-1218      Haddon Heights, NJ 08035-1246        Atlanta GA 30348-5358


Branch Bank & Trust Co.             Bright House Networks                Charles Buono
c/o W. Keith Fendrick, Esq.         PO Box 30765                         10 Inverness Drive
Holland & Knight LLP                Tampa, FL 33630-3765                 Medford, NJ 08055-4030
100 N. Tampa St., Ste. 4100
Tampa, FL 33602-3644


City of Clearwater                  Cortez Community Bank                Dart Electronics
PO Box 30020                        nka Florida Community Bank           PO Box 40696
Tampa, FL 33630-3020                1000 S Broad Street                  Saint Petersburg, FL 33743-0696
                                    Brooksville FL 34601-3117


Dave Spehar Lawn Service            Denise E Barnett                     First Insurance Funding
3601 Cantrell Street                United States Trustee                PO Box 66468
New Port Richey FL 34652-6218       501 East Polk Street                 Chicago, IL 60666-0468
                                    Suite 1200
                                    Tampa FL 33602-3945


Florida Government Utility Authority  Jacob David Varn, Esquire          M.Wolf & A. Quintan
PO Box 151089                       Fowler White Boggs PA                1504 Bay Road, #825
Cape Coral, FL 33915-1089           101 N. Monroe Street                 Miami Beach, FL 33139-3271
                                    Suite 1090
                                    Tallahassee, FL 32301-1570


Otis Elevator Company               Premier American Bank, N.A.          Progress Energy Florida, Inc
One Farm Springs                    c/o John Anthony, Esquire            PO Box 33199
Farmington, CT 06032-2572           Anthony & Partners                   Saint Petersburg, FL 33733-8199
                                    201 N. Franklin Street, Suite 2800
                                    Tampa, Florida 33602-5816


Seaview Sunsets, LLC                Shane Edrington                      Sprint
PO Box 2074                         12755 N 95th Place                   Po Box 660075
Palm Harbor, FL 34682-2074          Scottsdale AZ 85260-4591             Dallas TX 75266-0075


St. Petersburg Times                Staples Credit                       USAA
PO Box 112                          PO Box 689020                        10750 McDermott Highway
Saint Petersburg, FL 33731-0112     Des Moines IA 50368-9020             San Antonio, TX 78288-1600


Verizon                             Victor William Holcomb, Esq.         West Coast Copies
P.O. Box 920041                     Holcomb & Associates                 11533 US Highway 19 N
Dallas, TX 75392-0041               3203 W. Cypress Street               Clearwater FL 33764-7401
                                    Tampa, FL 33607-5109
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Branch Bank & Trust Company        End of Label Matrix
c/o W. Keith Fendrick, Esq.           Mailable recipients    29
Holland & Knight LLP                  Bypassed recipients     1
100 N. Tampa St., Ste. 4100           Total                  30
Tampa, FL 33602-3644
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-13101-KRM<br>Middle District of Florida<br>Tampa<br>Tue Aug  2 13:40:48 EDT 2011 | Bernie J. Egan, Jr., CPA<br>6 White Horse Pike<br>Haddon Heights, NJ 08035-1246 | Blue Cross Blue Shield<br>PO Box 105358<br>Atlanta, GA 30348-5358 |
| Branch Banking and Trust Co.<br>5130 Parkway Plaza Boulevard<br>Charlotte, NC 28217-1964 | Cortez Community Bank<br>n/k/a Florida Community Bank<br>1000 S. Broad Street<br>Brooksville, FL 34601-3117 | Jacob David Varn, Esquire<br>Fowler White Boggs, PA<br>101 N. Monroe Street<br>Suite 1090<br>Tallahassee, FL 32301-1570 |
| Premier American Bank, N.A.<br>c/o John Anthony, Esquire<br>Anthony & Partners<br>201 N. Franklin Street, Ste. 2800<br>Tampa, FL 33602-5816 | Progress Energy Florida<br>PO Box 33199<br>Saint Petersburg, FL 33733-8199 | Sprint<br>PO Box 660075<br>Dallas, TX 75266-0075 |
| Staples Credit<br>PO Box 689020<br>Des Moines, IA 50368-9020 | USAA<br>10750 McDermott Highway<br>San Antonio, TX 78288-1600 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 |
| West Coast Copies<br>11533 US Highway 19 N.<br>Clearwater, FL 33764-7401 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 | |

Label Matrix for local noticing
113A-8
Case 8:11-bk-13103-KRM
Middle District of Florida
Tampa
Tue Aug  2 13:42:25 EDT 2011

Branch Banking and Trust Co.
5130 Parkway Plaza Boulevard
Charlotte, NC 28217-1964

Jacob David Varn, Esquire
Fowler White Boggs Law Firm
101 N. Monroe Street
Suite 1090
Tallahassee, FL 32301-1547

Progress Energy
PO Box 33199
Saint Petersburg, FL 33733-8199

A Little Off the Top
5737 Rowan Road
New Port Richey, FL 34653-4549

Dave Spehar Lawn Service
3601 Cantrell Street
New Port Richey, FL 34652-6218

Pasco County Tax Collector
Mike Olson
P.O. Box 276
Dade City, FL 33526-0276

Verizon
P.O. Box 920041
Dallas, TX 75392-0041

Bernie J. Eagan, Jr., CPA
6 White Horse Pike
Haddon Heights, NJ 08035-1246

Florida Government Utility
Authority (FUGA)
PO Box 151089
Cape Coral, FL 33915-1089

Premier Amercian Bank, N.A
c/o John Anthony, Esquire
Anthony & Partners
201 N. Franklin Street, Ste. 2800
Tampa, FL 33602-5816

Victor William Holcomb, Esq.
Holcomb & Associates
3203 W. Cypress Street
Tampa, FL 33607-5109

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11