UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:11-bk-5126-KRM[Lead Case]
                                                Case No. 8:11-bk-13101-KRM
SEAVIEW PLACE DEVELOPERS, INC.
GULF LANDINGS DEVELOPMENT                       Case No. 8:11-bk-13103-KRM
CORPORATION, HARBOR COLONY
DEVELOPMENT, INC.                               (Jointly Administered Case)

                    Debtors.
_____/

## MEDIATOR'S REPORT AND NOTICE
## OF COMPLETION OF MEDIATION

In accordance with a request of the parties, a mediation conference was held on

September 29, 2011. The result of the conference is indicated below:

(a)     The following individuals were present during the conference:

        1.      Parties (name and capacity):

                (i)     Joseph Borda (Representative of Debtors)
                (ii)    Ronald A. Oxtal (Expert for Debtors)
                (iii)   Susan Johnson (Representative of BB&T)
                (iv)    Gregory A. Biegel (Vice President of BB&T)

        2.      Counsel (name and party representing):

                (i)     Chad S. Bowen for Debtors
                (ii)    Keith Fendrick for BB&T

(b)     The following parties failed to appear and/or participate as ordered:

                None

(c)     The outcome of the mediation conference was:

                 X   The disputes relating to the bankruptcy case have been completely
        resolved pursuant to the attached Mediation Settlement Agreement.

_____ The case has been partially resolved and counsel (or parties) have been instructed to file a stipulation regarding those claims or issues which have been resolved within ten (10) days.

_____ The following issues remain for this Court to resolve:  None

_____ Other _____

Dated: September 29, 2011

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255
(813) 223-9620 (telecopy)


By:___ /s/ Jeffrey W. Warren _____
Jeffrey W. Warren, Mediator
Florida Bar No. 150024

cc:    Counsel of Record
Parties

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SEAVIEW PLACE DEVELOPERS, INC.
GULF LANDINGS DEVELOPMENT
CORPORATION, HARBOR COLONY
DEVELOPMENT, INC.

          Debtors.

_____/

Case No. 8:11-bk-5126-KRM  [Lead Case]
Case No. 8:11-bk-13101-KRM

Case No. 8:11-bk-13103-KRM

(Jointly Administered Case)

## MEDIATION SETTLEMENT AGREEMENT

Debtors, Seaview Place Developers, Inc., Gulf Landings Development Corporation and

Harbor Colony Development, Inc. (collectively, "**Debtors**"), and Creditor, Branch Banking & Trust

Company ("**BB&T**"), hereby agree to the settlement of all claims between and among them, subject

to Court Approval as follows:

      1.   In full and complete satisfaction of (a) any and all claims asserted against the Debtors

by BB&T and (b) any and all claims asserted or that could be asserted against Borda Engineers &

Energy Consultants, P.A., Joseph Borda and/or Marlene Borda, relating to, among other things, a

promissory note in the original principal amount of $250,000 in a suit now pending in Pinellas

County, Florida (the "**State Litigation**"), Debtors shall, on the Effective Date following the entry of

an order confirming a plan of reorganization consistent with this Agreement (the "**Amended Plan**"),

transfer to BB&T, or its assigns, all of their right, title and ownership in the BB&T Collateral[1] with

the exceptions of (a) Bellair and (b) Tract 50-C.  The property interest to be transferred pursuant to

the Amended Plan shall be referred to herein as the "**Property**."[2]  The Confirmation Order shall

provide that the transfer of the Property shall be by (a) a conveyance instrument that is reasonably

---

[1] Defined terms not otherwise described in this Agreement shall have the meaning ascribed to such terms in the Joint Plan (Doc. No. 89-1).
[2] For purposes of this Agreement, the Property includes the following real property and any and all related entitlements of: Seaview Place Development Condominiums with 121 condominium units, 53 garages and 45 boat slips; Tract 40 A owned by Gulf Landings Development Corp.; and Tract 40 B owned by Gulf Landings Development Corp.

acceptable to a title insurance company to enable title insurance to the Property to be insured and (b) without representation or warranty of any kind whatsoever other than Debtors shall confirm ownership of the Property, but shall be free and clear of all liens and encumbrances with the exception of real estate taxes (which real estate taxes will be assumed and paid by BB&T or its assigns pursuant to the treatment afforded such claims under 11 U.S.C. §1129(a)(9)(c)).

2.   Upon the delivery of the deeds to the Property in compliance with the Amended Plan, BB&T will satisfy and release of record any liens and claims it has as to Bellair and Tract 50-C.

3.   BB&T shall immediately continue all hearings in the State Litigation and upon receipt of the title to the Property, BB&T shall dismiss with prejudice the State Litigation.

4.   A Mutual General Release will be incorporated in the Amended Plan to be executed and exchanged by all of the parties, including Joseph Borda, Marlene Borda and J&M Development Concepts LLC, which shall become effective upon delivery of the deeds to the Property in compliance with the Amended Plan.

5.   Debtors' counsel shall file, no later than October 14, 2011, the Amended Plan.

6.   Debtors and BB&T shall use their best efforts to obtain prompt confirmation of the Amended Plan.

7.   BB&T agrees that as long as the Debtors are in compliance with the provisions of this Agreement that it will (a) not assert an unsecured claim against the Debtors and (b) vote in favor of confirmation of the Amended Plan.

8.   The parties shall execute such other documents as are necessary to effectuate this Agreement.

Dated: September 29, 2011          Seaview Place Developers, Inc.

By: _____

JOSEPH BORDA

its Authorized Representative

2

Gulf Landings Development Corporation

By: _____

JOSEPH BORDA
its Authorized Representative

Harbor Colony Development, Inc.

By: _____

_JOSEPH BORDA_

its Authorized Representative

_____

Joseph Borda


_____

Marlene Borda

_____

Chad S. Bowen
Counsel for Debtors


Branch Banking & Trust Company

By: _____ V.P.

GREGORY A. BIEGEL

its Authorized Representative

_____

Keith Fendrick
Counsel for BB&T

1035810.3

Harbor Colony Development, Inc.

By: _____

_____
its Authorized Representative

_____
Joseph Borda

*Marlene Borda*
_____
Marlene Borda

_____
Chad S. Bowen
Counsel for Debtors

Branch Banking & Trust Company

By: _____

_____
its Authorized Representative

_____
Keith Fendrick
Counsel for BB&T

4